UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO. 20-6010 (DEA) |
| VS. | : | ORDER FOR INTERIM PAYMENTS FOR REPRESENTATION OF COUNSEL |
| JOSE RIOS | : | PURSUANT TO THE CRIMINAL JUSTICE ACT §18:3006A |

Due to the characteristics of the defendant, the expected length of time and preparation before trial due to the pandemic, and the anticipated hardship of counsel in undertaking representation full-time for such a period without compensation, in accordance with §230.73.10 of the *Guidelines for the Administration of the Criminal Justice Act*, the following procedures for interim payments shall apply during the course of your representation in this case:

**1. SUBMISSION OF VOUCHERS**

Counsel shall submit to the Court Clerk, on a quarterly basis (every three months), an interim CJA 20 through eVoucher. Compensation earned and reimbursable expenses incurred shall be claimed on each interim voucher. The first interim voucher submitted shall reflect all compensation claimed and reimbursable expenses incurred from the date of appointment, January 5, 2021, to April 30, 2021, and shall be submitted no later than May 15, 2021; thereafter, the vouchers shall be submitted quarterly according to the schedule outlined above. Each voucher shall be numbered accordingly and include the time period it covers. All interim vouchers shall be supported by detailed and itemized time and expense entries. Chapter 2, Part C of the *Guidelines for the Administration of the Criminal Justice Act* outlines the procedures and rules for claims by CJA attorneys and should be followed regarding each voucher.

The Court will review the interim vouchers when submitted, particularly with regard to the amount of time claimed. The Court will also authorize payment for all reimbursable expenses reasonably incurred.

At the conclusion of representation, counsel should submit the final interim voucher, which shall include a detailed memorandum supporting and justifying counsel's claim that the representation was extended and complex, and that excess compensation is necessary to provide fair compensation. The CJA 26 form may be used for this purpose. After reviewing the final interim voucher, the Court will submit it to the Chief Judge of the Circuit or his designee for review and approval.

## 2. REIMBURSABLE EXPENSES

Counsel may be reimbursed for out-of-pocket expenses reasonably incurred incidental to the representation. While the statute and applicable rules and regulations do not place a monetary limit on the amount of expenses that can be incurred, counsel is required to provide a copy of a receipt for any individual expense item in excess of $50. Travel expenses, such as mileage, parking fees and tolls shall be itemized on each voucher, with receipts provided. Extraordinary travel that may require air travel, overnight lodging, meals and incidental expenses are required to be authorized in advance in the e-Voucher system.

## 3. FURTHER QUESTIONS OR GUIDANCE

Answers to questions concerning services under the *Criminal Justice Act* can generally be found in (1) 18 U.S.C. §3006A; (2) the Plan of the United States District Court for the District of New Jersey; (3) Appendix I to the Criminal Justice Act Plan, and (4) *Guidelines for the Administration of the Criminal Justice Act*, published by the Administrative Office of the United

States Courts. Should these references fail to provide the desired clarification or direction, counsel is directed to contact the Clerk's office, specifically Crystal Shanklin, CJA Specialist at (609) 989-2398 in Trenton.

DATE:  4/27/2021

                                              Douglas E. Arpert
                                              United States Magistrate Judge